PER CURIAM.
Appellant seeks review of a denial, after an evidentiary hearing, of a motion under Rule 1.850, Florida Rules of Criminal Procedure, 33' F.S.A. to vacate a judgment of conviction for second degree murder entered upon a jury verdict and sentence *562 therefor. The denial of an earlier motion to vacate the same judgment and sentence was affirmed in Brookins v. State, Fla.App.1965, 174 So.2d 578.
The judgment herein appealed is affirmed, see: Brookins v. State, supra; Mitchell v. State, Fla.App.1967, 203 So.2d 676, cert. den. 392 U.S. 913, 88 S.Ct. 2073, 20 L.Ed.2d 1371 (1968); Brown v. State, Fla.App.1966, 191 So.2d 612. See generally, Stewart v. State, Fla.App.1966, 184 So.2d 489.
Affirmed.